**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

     **v.**                                  **1:04-CR-158**
                                                **(GLS)**

**CHRISTIAN CAICEDO-MEJIA,**

          **Defendant.**
_____

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE UNITED STATES:**

HON. GLEN T. SUDDABY          EDWARD P. GROGAN
Office of United States Attorney     Assistant U.S. Attorney
445 Broadway
218 James T. Foley U.S. Courthouse
Albany, New York 12207

**FOR THE DEFENDANT:**

Office of the Federal Public Defender    PAUL J. EVANGELISTA
39 North Pearl Street, 5th Floor          Federal Public Defender
Albany Main Office
Albany, New York 12207

**Gary L. Sharpe**
**U.S. District Judge**

## ORDER

On November 2, 2004, the court sentenced Caicedo-Mejia to a term

of 87 months imprisonment, supervised release for a term of three years, and a special assessment in the amount of $100.00.[1]  *See Dkt. No. 13.*  On November 3, Caicedo-Mejia appealed, *see Dkt. No. 14,* and on September 26, 2005, the Second Circuit remanded the case for resentencing consistent with its holding in *U.S. v. Crosby*, 397 F.3d 193 (2d Cir. 2005).  *See Dkt. No. 20.*

In an oral hearing held on March 29, 2006, the court declined to alter its original sentence, holding that the original sentence was reasonable in light of controlling law.  *See Dkt. No. 25.*  For the reasons articulated, it is hereby

**ORDERED** that the previous judgment remains unaltered; and it is further

**ORDERED** that the Clerk of Court provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

July 10, 2006
Albany, New York

*Gary L. Sharpe*
U.S. District Judge

---

[1] The sentence followed Caicedo-Mejia's guilty plea to Count I of the indictment, reentry of a removed alien.  *See Dkt. Nos. 1, 8.*